IN THE CIRCUIT COURT FOR
BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| DINA GLIMIS<br>12379 Greenspring Avenue<br>Owings Mills, Maryland 21117<br><br>          Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, North Carolina 28697<br><br><u>SERVICE ON</u>:<br>CSC-Lawyers Incorporating Service Co.<br>7 St. Paul Street<br>Suite 820<br>Baltimore, Maryland 21202<br><br>          Defendant | C-03-CV-22-001152<br><br>Case No. _____ |

## COMPLAINT

Plaintiff, Dina Glimis, by undersigned counsel, hereby files this Complaint against Lowe's Home Centers, LLC, Defendant herein, and alleges as follows:

### I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 *et seq.*

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.

3. The amount in controversy herein exceeds the sum of $75,000.00 exclusive of interest and costs.

## II. PARTIES

4. Dina Glimis ("Glimis") is a citizen of the State of Maryland with a residence in Baltimore County at 12379 Greenspring Avenue, Owings Mills, Maryland 21117.

5. Lowe's Home Centers, LLC ("LHC") is a North Caroling based company with its principal place of business located at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697. Upon information and belief, Lowe's Home Centers, LLC operates many retail stores throughout Maryland, one of which is located at 10280 Mill Run Circle, Owings Mills, Maryland 21117.

## III. FACTS

6. On or about June 28, 2020, Glimis was an invitee at the Lowe's store located at 10280 Mill Run Circle, Owings Mills, Maryland 21117 ("Premises"). As Glimis was looking at the merchandise stocked in the wood department of the Premises, she turned around and tripped over the fork of a forklift causing her to fall to the ground and sustain profound and painful injuries to her toes, foot, leg, back, and body. Unbeknownst to Glimis, a LHC employee had placed the forklift behind Glimis while she was shopping. As a result of the injuries sustained, Glimis was forced to incur substantial medical bills. As of the date of the filing

of this Complaint, Glimis is still experiencing periodic pain and discomfort as result of the injuries she sustained as a result of her fall on June 28, 2020 and may be in need of future medical care.

7. At all times prior to her fall, Glimis maintained a proper and vigilant outlook as she walked through the Lowe's store and her actions in no way contributed to her fall. To the contrary, Glimis' injuries were solely the result of the unreasonable acts and omissions of Defendant, LHC.

8. Prior to this accident, LHC knew or should have known that (1) placing a forklift behind its patrons, like Glimis, created a hazardous condition; and (2) no adequate warnings were posted to alert patrons, like Glimis, of the dangerous condition located on the floor of the Premises. Notwithstanding said knowledge and notice, LHC failed to take reasonable actions to prevent and/or cure the hazardous conditions which it knew or should have known could result in injuries to their customers.

## COUNT I
### (Negligence)

9. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-8.

10. LHC, at all times material to this Complaint, was in the sole possession, custody and control of the property known as 10280 Mill Run Circle, Owings Mills, Maryland 21117. As such, LHC owed

a duty to Glimis, and all invitees who were lawfully on the premises, to properly maintain the walkways on the Premises free from dangerous conditions, like the fork of a forklift, which could cause injury. LHC also had a duty to warn Glimis, and all other patrons lawfully entering onto the property, of any defects, dangers or other hazardous conditions which existed on the property.

11. On or about June 28, 2020, LHC breached the duties of care it owed to Glimis by failing to (1) take reasonable actions to ensure that the floors on the Premises were free from the hazardous conditions; (2) prevent its employees from placing the fork of a forklift behind Glimis while she was shopping; and (3) warn Glimis, and other patrons lawfully on the Premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Glimis' fall.

12. As a result of LHC's breaches of the duties of care owed to Glimis, Glimis sustained substantial damages.

WHEREFORE, Plaintiff, Dina Glimis, prays that the Court enter judgment in her favor and against Defendant, Lowe's Home Centers, LLC, for compensatory damages in the amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

_____
Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue, Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Dina Glimis